| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Reginald Lee Wallace, Sr. |
| Debtor 2 (Spouse, if filing) | Deborah Denise Wallace; aka Deborah D Franco; aka Deborah Coffee; aka Deborah Denise Coffee; aka Deborah Frazier |
| United States Bankruptcy Court for the: | Middle District of Tennessee |
| Case number | 3:17-bk-06582 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** American Capital Group LLC   **Court claim no.** (if known): 47-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 8 6 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2020

**New total payment:** $ 2,452.72
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 657.10        New escrow payment: $ 1,109.46

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %           New interest rate: _____ %
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Reginald Lee Wallace, Sr. | Case number (if known) 3:17-bk-06582 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ D. Anthony Sottile
Signature

Date 12/04/2019

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title Authorized Agent for Creditor

Company Sottile & Barile, LLC

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

# FCI Lender Services, Inc.
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com    NMLS #4920    DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112    Fax: (714) 282-5775

# Annual Escrow Disclosure Statement

| | | | |
|---|---|---|---|
| **Borrower :** | REGINALD LEE WALLACE SR<br>DEBORAH WALLACE<br>5348 SUNNYVALE DRIVE<br>ANTIOCH, TN 37013 | **Present Loan Information :** | |

| | |
|---|---:|
| Account Number | |
| Paid To Date | 11/01/2019 |
| Principal balance | $132,155.06 |
| Note Rate | 10.250% |
| Regular Payment | $1,343.26 |
| Escrow Payment | $657.10 |
| Suspense Payment | $0.00 |
| Other Payments | $0.00 |
| Suspense Balance | $322.61 |
| Escrow Balance | ($3,084.87) |
| Unpaid Interest | $0.00 |
| Unpaid Charges | $0.00 |

**Property Address :** 5348 SUNNYVALE DRIVE
ANTIOCH, TN 37013

Dear REGINALD LEE WALLACE SR
DEBORAH WALLACE :

Enclosed is your Escrow Disclosure Statement and notice of new mortgage payment for your loan. At least once a year FCI reviews your escrow account to determine if the current monthly payment amounts are sufficient to cover your projected taxes and/or insurance premiums. Increases or decreases in your annual tax and/or insurance amounts may cause your monthly payment to change. The first section of the Statement projects activity for the upcoming 12 months as well as any changes to your monthly installment. Prior Year Escrow Payment Activity on the Statement reflects activity on your escrow account from January 2019 through December 2019. Payments are shown in the month received which may not necessarily be the month due. **The Statement assumes timely receipt of payments and scheduled disbursements through December 31, 2020.**

**Surplus:** A Surplus is the amount by which a current impound/escrow balance exceeds the target balance for the 12-month period for the impound/escrow account. Refunds due to Surplus will be mailed within 30 days. Tax bills other than the annual secured bill are your responsibility to pay. Before spending your refund, you should check with your local County Tax Collector and/or the Assessor's Office to determine if a Supplemental Tax Bill is pending or expected to be issued.

**Shortage:** A Shortage means that an amount by which a current impound/escrow account balance falls short of the target balance at the time of the impound/escrow analysis. Some reasons for the shortage include deficiency of total payments received and increases in tax and/or insurance amount during the projection year. If you choose to pay the escrow shortage in full rather than have it collected over 12 months, your new monthly payment is the amount listed in the top portion of your Statement. Your check for the lump sum payment and request should be submitted directly to FCI Lender Services, Inc. Attn: Escrow Department at the address listed below.

**Deficiency:** A Deficiency is the amount of a negative balance in an impound/escrow account which occurs due to the Servicer advancing funds to pay the impound/escrow item.

**Target Balance:** A Target Balance means the estimated month-end balance in an impound/escrow account that is just sufficient to cover the remaining disbursements from the impound/escrow account for the remainder of the 12 month period that are required to cover annual taxes, insurance, or other escrow/impound items.

Please take the time to review the Statement prior to the changes taking place. Changes to your monthly installment, as indicated in your Statement, will be reflected on your January, 2020 billing statement. If you are using an automatic payment provider, please notify them of the change in payment amount to avoid possible late fees.

If you have any questions regarding this Statement, please call our toll free number at 800-931-2424, Ext. 650, Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m. Pacific Standard Time or visit our website www.trustfci.com at anytime. When calling, please reference your loan number, so that we may better serve you.

Regards,

Customer Care Department

# FCI Lender Services, Inc.

Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com   NMLS #4920   DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112   Fax: (714) 282-5775

# Annual Escrow Disclosure Statement

| SUMMARY | |
|---|---|
| Total Projected Payments from Escrow | $8,190.84 |
| Divide by # of Months in Statement Period | 12 |
| Equals Monthly Projected Payments to Escrow | $682.57 |
| Target Balance = Projected Pymt to Escrow + 2 extra month cushion | $9,555.98 |
| Starting Projected Balance (Deficiency)(+) | ($2,427.77) |
| Starting Required Balance (-) | $1,365.14 |
| Delinquency Vouchers (-) | $1,329.84 |
| Your account is showing a shortage & deficiency (see letter for more information regarding shortage & deficiency ) | $5,122.75 |
| Shortage & deficiency divided by 12 months | $426.89 |
| **P&I:** $1,343.26  **New Escrow:** $1,109.46  **New Payment:** $2,452.72 | |

| NEW PAYMENT INFORMATION AS OF 1/1/2020 | |
|---|---|
| Principal & Interest | $1,343.26 |
| Escrow Payment | $682.57 |
| Shortage | $224.58 |
| Surplus | $0.00 |
| Deficiency | $202.31 |
| Suspense Payment | $0.00 |
| Others | $0.00 |
| Payment Amount | $2,452.72 |
| New Payment Date | 01/01/2020 |

**IMPORTANT NOTE:** It is our goal to provide you with accurate escrow information. If your loan account is delinquent, this analysis may not include current escrow information and may not accurately reflect your actual or projected escrow activity. Please inform this office immediately of your current tax and insurance information by calling 800-931-2424 in order to re-establish your escrow account. Insurance information may not be calculated into this analysis if the information was not provided to the Servicer. Please note, once annual insurance premium information has been provided, the payment must be re-projected.

These are the escrow items we anticipate we will collect for or pay on your behalf in your upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal Law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR | | | | | Escrow Balance | |
|---|---|---|---|---|---|---|
| Month - Year | To Escrow | Shortage & Deficiency | From Escrow | Description | Projected | Required |
| | | | | Required Deposit | ($2,427.77) | $1,365.14 * |
| January-2020 | $682.57 | $426.89 | $0.00 | | ($1,318.31) | $2,047.71 |
| February-2020 | $682.57 | $426.89 | $0.00 | | ($208.85) | $2,730.28 |
| March-2020 | $682.57 | $426.89 | $0.00 | | $900.61 | $3,412.85 |
| April-2020 | $682.57 | $426.89 | $0.00 | | $2,010.07 | $4,095.42 |
| May-2020 | $682.57 | $426.89 | $0.00 | | $3,119.53 | $4,777.99 |
| June-2020 | $682.57 | $426.89 | $0.00 | | $4,228.99 | $5,460.56 |
| July-2020 | $682.57 | $426.89 | $0.00 | | $5,338.45 | $6,143.13 |
| August-2020 | $682.57 | $426.89 | $0.00 | | $6,447.91 | $6,825.70 |
| September-2020 | $682.57 | $426.89 | $0.00 | | $7,557.37 | $7,508.27 |
| October-2020 | $682.57 | $426.89 | $0.00 | | $8,666.83 | $8,190.84 |
| November-2020 | $682.57 | $426.89 | $6,861.00 | Liberty Mutual Insurance | $2,915.29 | $2,012.41 |
| December-2020 | $682.57 | $426.89 | $1,329.84 | Davidson County Metropolitan Trustee | $2,694.91 | $1,365.14 * |
| Total : | $8,190.84 | $5,122.68 | $8,190.84 | | | |

Account: ███████   Statement Date: 11-18-2019

Case 3:17-bk-06582   Doc 113   Filed 12/04/19   Entered 12/04/19 05:26:58   Desc Main
Document   Page 4 of 8
FCI Lender Services, Inc. * PO BOX 28720 * Anaheim * CA 92809-0112 * NMLS #4920 * DRE 01022780 * www.trustfci.com

\* This is your Low Point. The Low Point is zero plus the allowed reserve as guided by the Real Estate Settlement and Procedure Act (RESPA). Reserve amount by Federal Law (RESPA) is two times your monthly Escrow Payment (T&I) Excluding (MIP,PMI) unless State Law specifies a lower amount.

| Month - Year | Payments To Escrow | Shortage | Payments From Escrow | Description | Escrow Account Balance Projected | Required |
|---|---|---|---|---|---|---|
| PRIOR ESCROW PAYMENT PROJECTIONS October 2019 - September 2020 ||||||||
|  |  |  |  | Required Deposit | $2,571.92 | $5,001.18 |
| October-2019 | $454.66 | $202.44 | $0.00 |  | $3,229.02 | $5,455.84 |
| November-2019 | $454.66 | $202.44 | $4,126.00 | Liberty Mutual Insurance | ($239.88) | $1,784.50 |
| December-2019 | $454.66 | $202.44 | $1,329.84 | Davidson County Metropolitan Trustee | ($912.62) | $909.32 |
| January-2020 | $454.66 | $202.44 | $0.00 |  | ($255.52) | $1,363.98 |
| February-2020 | $454.66 | $202.44 | $0.00 |  | $401.58 | $1,818.64 |
| March-2020 | $454.66 | $202.44 | $0.00 |  | $1,058.68 | $2,273.30 |
| April-2020 | $454.66 | $202.44 | $0.00 |  | $1,715.78 | $2,727.96 |
| May-2020 | $454.66 | $202.44 | $0.00 |  | $2,372.88 | $3,182.62 |
| June-2020 | $454.66 | $202.44 | $0.00 |  | $3,029.98 | $3,637.28 |
| July-2020 | $454.66 | $202.44 | $0.00 |  | $3,687.08 | $4,091.94 |
| August-2020 | $454.66 | $202.44 | $0.00 |  | $4,344.18 | $4,546.60 |
| September-2020 | $454.66 | $202.44 | $0.00 |  | $5,001.28 | $5,001.26 |
| Total : | $5,455.92 | $2,429.28 | $5,455.84 |  |  |  |

The following statement of activity in your escrow account from **January 2019** To **December 2019** displays actual activity as it occurred in your escrow account during that period.

| Month - Year | Payments To Escrow | Payments From Escrow | Description | Balance |
|---|---|---|---|---|
| PRIOR YEAR ESCROW PAYMENT ACTIVITY January 2019 - December 2019 |||||
| January-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $891.35 |
| January-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $1,225.84 |
| January-2019 | $0.00 | $1,329.84 | Davidson County Metropolitan Trustee | ($104.00) |
| February-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $230.49 |
| March-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $564.98 |
| April-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $899.47 |
| May-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $1,233.96 |
| June-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $1,568.45 |
| July-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $1,902.94 |
| August-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $2,237.43 |
| September-2019 | $334.49 | $0.00 | REGINALD LEE WALLACE SR | $2,571.92 |
| October-2019 | $547.11 | $0.00 | REGINALD LEE WALLACE SR | $3,119.03 |
| November-2019 | $0.00 | $6,861.00 | Liberty Mutual Insurance | ($3,741.97) |
| November-2019 | $657.10 | $0.00 | REGINALD LEE WALLACE SR | ($3,084.87) |
| December-2019 | $0.00 | $0.00 |  | ($3,084.87) |
| Total : | $4,549.11 | $8,190.84 |  |  |

**Note: FCI Lender Services, Inc. is a debt collector and is attempting to collect a debt. Any information obtained will be used in furtherance of that purpose.**

IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU HAVE RECEIVED A BANKRUPTCY DISCHARGE, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. Please see IMPORTANT DISCLOSURES enclosed.

# IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s Agent in Colorado is Cogency Global Inc., 7700 E. Arapahoe Road, Suite 220, Centennial, Colorado 80112; PH: 303-309-3839.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:** NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 3:17-bk-06582 |
| Reginald Lee Wallace, Sr.<br>Deborah Denise Wallace<br>　*aka* Deborah D Franco<br>　*aka* Deborah Coffee<br>　*aka* Deborah Denise Coffee<br>　*aka* Deborah Frazier | Chapter 13 |
| Debtors. | Judge Charles M Walker |

## CERTIFICATE OF SERVICE

I certify that on December 4, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Mark Richard Podis, Debtors' Counsel
    podisbankruptcy@aol.com

    Henry Edward Hildebrand, III, Chapter 13 Trustee
    hhecf@ch13nsh.com

    Office of the United States Trustee
    ustpregion08.na.ecf@usdoj.gov

I further certify that on December 4, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Reginald Lee Wallace Sr., Debtor
    5348 Sunnyvale Drive
    Antioch, TN 37013

Deborah Denise Wallace, Debtor
5348 Sunnyvale Drive
Antioch, TN 37013

Dated: December 4, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com